**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>    David Levaughan Gross,<br><br>        Debtor. | Chapter 13<br><br>Bankr. #13-11718/BIF |
| David Levaughan Gross,<br>        Movant,<br>    v.<br><br>Estate of Anne Ballinger, POA for Edward Watson<br><br>        Respondent. | **Hearing: November 19, 2013, 11 A.M.**<br><br>Motion of Debtor to Avoid Judicial Lien of Anne Ballinger, POA for Edward Watson |

**CERTIFICATE OF SERVICE**

I, Sherri Dicks, Esquire, co-counsel for the Debtor, do hereby certify that on this 21st day of October 2013, a true and correct copy of the Motion of Debtor David Levaughan Gross to Avoid the Judicial Lien of Anne Ballinger, POA for Edward Watson, along with the required notice, was sent to the following interested parties via the following methods of service:

| | |
|---|---|
| Roberta A. DeAngelis<br>United States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 | William C. Miller<br>Chapter 13 Standing Trustee<br>P.O. Box 40119<br>Philadelphia, PA  19106-0119 |
| <u>Via First Class Mail, Postage Prepaid</u><br>Susan Heimbecker, Esquire<br>Counsel for Anne Ballinger,<br>POA for Edward Watson<br>8244 West Chester Pike, First Floor West<br>Upper Darby, PA  19082 | <u>Via First Class Mail, Postage Prepaid</u><br>Steven Haus<br>Executor, Estate of Anne Ballinger<br>3722 Byberry Road<br>Philadelphia, PA  19154 |
| Jerome A. Zaleski, Esquire<br>Zaleski & Brazil<br>2100 Byberry Road, Suite 112<br>Philadelphia, PA  19116 | Miles B. Rittmaster, Esquire<br>454 Germantown Pike, 2nd Floor<br>Lafayette Hill, PA  19444 |

<u>Via First Class Mail, Postage Prepaid</u>
Michael W. Gallagher, Esquire
Counsel for Steven Haus
Plymouth Greene Office Campus
1000 Germantown Pike, Suite A-1
Plymouth Meeting, PA   19462

<u>Via First Class Mail, Postage Prepaid</u>
David Levaughan Gross
P.O. Box 4579
Philadelphia, PA   19131

<u>Via First Class Mail, Postage Prepaid</u>
Thomas H. Clayton, Jr., Esquire
1515 Market Street, Suite 2050
Philadelphia, PA   19102

    /s/Sherri Dicks
SHERRI DICKS